Oluoma N. Kas-Osoka (SBN 309183)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400
oluoma.kas-osoka@arnoldporter.com

Anand Agneshwar (pro hac vice forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
anand.agneshwar@arnoldporter.com

Daniel S. Pariser (pro hac vice forthcoming)
Paige H. Sharpe (pro hac vice forthcoming)
Elliott Cruchley Mogul (pro hac vice forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
daniel.pariser@arnoldporter.com
paige.sharpe@arnoldporter.com
elliott.mogul@arnoldporter.com

[Additional counsel listed on signature page(s)]

*Attorneys for Defendants*
*Sanofi US Services Inc. and Chattem, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KERRI L. BREST-LANDRY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; SANOFI US SERVICES INC.; CHATTEM, INC.; PFIZER INC.; and GLAXOSMITHKLINE LLC,<br><br>　　　　　Defendants. | Civil Case No.: 2:19-cv-02275-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

　　　　Plaintiff Kerri L. Brest-Landry and Defendants Sanofi US Services Inc. and Chattem, Inc.

(the "Sanofi Defendants"); Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"); Pfizer Inc.

("Pfizer"), and GlaxoSmithKline LLC ("GSK") by and through their undersigned counsel, hereby

jointly move the Court for an order extending all deadlines currently set in this case pending the

determination of the Judicial Panel on Multidistrict Litigation ("JPML") on a motion to transfer this case and other Zantac-related lawsuits to a multidistrict litigation ("MDL").

The Parties hereby stipulate:

WHEREAS Plaintiffs filed the Complaint in the above-captioned action on November 8, 2019 (ECF No. 1);

WHEREAS the Court entered an Initial Pretrial Scheduling Order on November 12, 2019, which, among other things, set a deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26 (ECF No. 3, at 2);

WHEREAS Defendants filed a Motion to Dismiss the Complaint on December 4, 2019 (ECF No. 5);

WHEREAS on December 5, 2019, Defendants filed a Motion to Stay (ECF No. 11) proceedings pending decision by the JPML on a pending motion to transfer all Zantac-related personal injury and class action cases to a single jurisdiction for coordinated and consolidated pretrial proceedings in MDL Case No. 2924;

WHEREAS on December 19, 2019, the JPML scheduled a hearing date for the motion for transfer for January 30, 2020;

WHEREAS Defendants' Motion to Dismiss and Motion to Stay are currently pending before the Court;

WHEREAS on January 14, 2020, the Parties met and conferred and agreed that all deadlines set by Federal Rule of Civil Procedure 26 and Part III of the Court's Initial Pretrial Scheduling Order should be extended pending a decision by the JPML;

WHEREAS in order to conserve the resources of the Court and the parties and in light of the upcoming JPML hearing date for the motion for transfer, the Parties believe good cause exists for modifying the Initial Pretrial Scheduling Order;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE and request that the Court enter an order that the parties' deadlines set by Federal Rule of Civil Procedure 26 and Part III of the Court's Initial Pretrial Scheduling Order are hereby extended pending a decision by the JPML. If this case is not transferred for inclusion in an MDL, the Parties shall meet-and-confer pursuant to

Federal Rule of Civil Procedure 26 and Part III of the Court's Initial Pretrial Scheduling Order no more than 30 days after the JPML issues its decision.

Dated:  January 16, 2020                          Respectfully submitted,

By:      */s/Oluoma Kas-Osoka*
         Oluoma Kas-Osoka
         ARNOLD & PORTER KAYE SCHOLER LLP
         Three Embarcadero Center, 10th Floor
         San Francisco, CA 94111
         Telephone:   (415) 471-3100
         Facsimile:    (415) 471-3400
         oluoma.kas-osoka@arnoldporter.com

         Anand Agneshwar (*pro hac vice* forthcoming)
         ARNOLD & PORTER KAYE SCHOLER LLP
         250 West 55th Street
         New York, NY 10019
         Telephone:   (212) 836-8000
         Facsimile:    (212) 836-8689
         anand.agneshwar@arnoldporter.com

         Daniel S. Pariser (*pro hac vice* forthcoming)
         Paige H. Sharpe (*pro hac vice* forthcoming)
         Elliott Cruchley Mogul (*pro hac vice* forthcoming)
         ARNOLD & PORTER KAYE SCHOLER LLP
         601 Massachusetts Avenue, NW
         Washington, DC  20001
         Telephone:   (202) 942-5000
         Facsimile:    (202) 942-5999
         daniel.pariser@arnoldporter.com
         paige.sharpe@arnoldporter.com
         elliott.mogul@arnoldporter.com

         *Attorneys for Defendants*
         *Sanofi US Services Inc. and Chattem, Inc.*


By:   */s/ Lindsey Barnhart*  (as authorized on 1/15/2020)
      Lindsey Barnhart (Bar No. 294995)
      COVINGTON & BURLING LLP
      3000 El Camino Real, 5 Palo Alto Square
      Palo Alto, CA 94306
      Telephone:   (650) 632-4700
      Facsimile:    (650) 632-4800
      lbarnhart@cov.com

      *Attorneys for Defendant*
      *Boehringer Ingelheim Pharmaceuticals, Inc.*

JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES
PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  */s/ Joseph G. Petrosinelli* (as authorized
on 1/15/2020)
Joseph G. Petrosinelli (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, D.C. 20005
Telephone:    202-434-5547
jpetrosinelli@wc.com

*Attorney for Defendant Pfizer Inc.*


By:  */s/ Jonathan Tam* (as authorized on 1/15/2020)
Mark S. Cheffo (*pro hac vice* forthcoming)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 698-3500
Facsimile:    (212) 698-3599
mark.cheffo@dechert.com

Will W. Sachse (*pro hac vice* forthcoming)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
Telephone:    (215) 994-4000
Facsimile:    (215) 994-2222
will.sachse@dechert.com

Jonathan Tam (SBN 304143)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA  94104-4446
Telephone:    (415) 262-4500
Facsimile:    (415) 262-4555
jonathan.tam@dechert.com

*Attorneys for Defendant GlaxoSmithKline LLC*


*By:*  */s/  R. Brent Wisner* (as authorized on 1/15/2020)
R. Brent Wisner
Pedram Esfandiary
BAUM HEDLUND ARISTEI AND GOLDMAN
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:    310-207-3233
Facsimile:    310-820-7444
rbwisner@baumhedlundlaw.com
pesfandiary@baumhedlundlaw.com

- 4 -

JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES
PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Aimee Hall Wagstaff
ANDRUS WAGSTAFF, PC
7171 W. Alaska Dr.
Lakewood, CO 80226
Telephone:    303-376-6360
Facsimile:     303-376-6361
aimee.wagstaff@andruswagstaff.com

*Attorneys for Plaintiff Kerri L. Brest-Landry*

JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES
PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 16, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that it is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

_____*/s/ Oluoma Kas-Osaka*_____
Oluoma N. Kas-Osaka, Esq.
California Bar No. 309183

JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES
PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## **ORDER**

Pursuant to stipulation, and good cause appearing, it is hereby ORDERED that the parties' deadlines required set by Federal Rule of Civil Procedure 26 and Part III of the Court's Initial Pretrial Scheduling Order are hereby extended pending a decision by the Judicial Panel on Multidistrict Litigation.  If this case is not transferred for inclusion in a multidistrict litigation, the Parties shall meet-and-confer pursuant to Federal Rule of Civil Procedure 26 and Part III of the Court's Initial Pretrial Scheduling Order no more than 30 days after the Judicial Panel on Multidistrict Litigation issues its decision.

DATED: January 16, 2020

_____
Troy L. Nunley
United States District Judge

JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES
PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION